UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

R.B., A MINOR BY AND THROUGH
HIS NEXT FRIEND D.L.B.                                                                   PLAINTIFFS

V.                                                           CIVIL ACTION NO. 3:07CV329 DPJ-JCS

HINDS COUNTY SCHOOL DISTRICT                                                DEFENDANT

## JUDGMENT

For the reasons given in the Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in favor of the Defendant and against the Plaintiffs.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of December, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE